# Court of Appeals
# of the State of Georgia

ATLANTA,  June 19, 2018

*The Court of Appeals hereby passes the following order:*

**A18A0675. COURSEY v. GEORGIA DEPARTMENT OF HUMAN SERVICES.**

In this child support modification action, we granted appellant's motion for discretionary appeal in order to review the procedure used by the appellee during the review and modification process. Upon review of the record now before this Court, we conclude that the superior court committed no legal error and that the appellant failed to support the factual assertions underlying his enumerations of error with record evidence. Accordingly, we DISMISS this appeal as IMPROVIDENTLY GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  06/19/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*